## JACKSON ET AL. v. HAYS.

[No. 12,429. Filed March 18, 1926.]

From Martin Circuit Court; *Martin S. Hastings*, Judge.

Action between Lillie M. Jackson and Thomas A. Hays. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Newton E. Elliott* and *Claycomb & Stump*, for appellants.
*Frank E. Gilkison*, for appellee.

PER CURIAM.—Affirmed, on the authority of *Tozer, Admr.*, v. *Hobbs' Estate* (1923), 79 Ind. App. 258, 137 N. E. 715.

---

## FIRST NATIONAL BANK OF FT. WAYNE v. STRUVER.

[No. 12,256. Filed March 30, 1926.]

From Allen Circuit Court; *John H. Aiken*, Special Judge.

Action between the First National Bank of Ft. Wayne and Caroline Struver. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*William C. Ryan*, for appellant.
*W. H. Reed*, *Samuel D. Jackson* and *R. C. Parrish*, for appellee.

PER CURIAM.—The evidence is sufficient to sustain the verdict. See *Nolte, Exrx.*, v. *Eyden* (1925), 82 Ind. App. 580, 146 N. E. 866.

Judgment affirmed.

---

## AUTO OWNERS PROTECTIVE EXCHANGE, INCORPORATED, v. JOHNSON.

[No. 12,368. Filed March 31, 1926.]

From Lake Circuit Court; *E. Miles Norton*, Judge.

Action between the Auto Owners Protective Exchange, Incorporated, and John Johnson. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Greenlee, Call & Richardson*, for appellant.
*Victor K. Roberts* and *George E. Hershman*, for appellee.

PER CURIAM.—Affirmed.